# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMISI JERMAINE CALLOWAY, | No. 2:16-CV-2532-WBS-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. On August 8, 2018, the court issued findings and recommendations that plaintiff's application for leave to proceed in forma pauperis be denied because, according to plaintiff's prison trust account statement on file at the time, plaintiff had $6,369.68 in his account. Plaintiff filed objections on August 17, 2018, and a renewed application for leave to proceed in forma pauperis on August 30, 2018. In his objections, plaintiff claims he no longer has any funds in his trust account. Plaintiff, however, has not submitted a certified copy of his current trust account statement to confirm this contention and establish indigency. Prior to submitting the August 8, 2018, findings and recommendations to the assigned District Judge, plaintiff will be provided with an opportunity to submit a certified copy of his trust account statement showing the current balance of his account.

1

Accordingly, IT IS HEREBY ORDERED that plaintiff shall submit a certified copy of this prison trust account within 30 days of the date of this order.

Dated: December 6, 2018

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE