# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMISI JERMAINE CALLOWAY,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>Defendants. | No. 2:16-CV-2532-WBS-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion, ECF No. 37, for reconsideration of the Magistrate Judge's August 13, 2021, order dismissing Plaintiff's third amended complaint with leave to amend.

Pursuant to Eastern District of California Local Rule 303(f), a Magistrate Judge's order shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the Court finds that it does not appear that the Magistrate Judge's ruling was clearly erroneous or contrary to law. The August 13, 2021, order is, therefore, affirmed.

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. The motion for reconsideration, ECF No. 37, is denied;

2. The Magistrate Judge's August 13, 2021, order is affirmed;

3. No further motions for reconsideration of this order will be considered; and

4. Plaintiff shall file a fourth amended complaint consistent with the Magistrate Judge's August 13, 2021, order, within 30 days of the date of this order.

Dated: October 5, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE