# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMISI JERMAINE CALLOWAY, | No. 2:16-CV-2532-WBS-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion, ECF No. 48, for an extension of time to file objections to the Court's June 14, 2022, findings and recommendations. Good cause appearing therefor based on Plaintiff's declaration indicating the need for additional time due to his recent placement in administrative segregation and limited law library access, Plaintiff's motion is granted. Plaintiff may file objections within 30 days of the date of this order.

IT IS SO ORDERED.

Dated: June 29, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1