# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMISI JERMAINE CALLOWAY, | No. 2:16-CV-2532-WBS-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | |
| Defendants. | |

      Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion, ECF No. 47, for reconsideration of the Magistrate Judge's order at ECF No. 44 denying appointment of counsel.

      Pursuant to Eastern District of California Local Rule 303(f), a Magistrate Judge's order shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the Court finds that it does not appear that the Magistrate Judge's ruling was clearly erroneous or contrary to law. The order at ECF No. 44 is, therefore, affirmed.

/ / /

/ / /

/ / /

/ / /

1 Accordingly, IT IS HEREBY ORDERED that:

    1. Plaintiff's motion for reconsideration, ECF No. 47, is denied; and

    2. The Magistrate Judge's order at ECF No. 44 is affirmed.

Dated: October 4, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE