1
2
3
4
5
6
7

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMISI JERMAINE CALLOWAY, | No. 2:16-CV-2532-WBS-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | |
| Defendants. | |

      Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

      On July 25, 2023, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein. No objections to the findings and recommendations have been filed.

      The Court has reviewed the file and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis.

/ / /

/ / /

1

1           Accordingly, IT IS HEREBY ORDERED that:

2           1.     The findings and recommendations filed July 25, 2023, are adopted in full.

3           2.     The claims identified as defective in the July 25, 2023, findings and recommendations are dismissed, resulting in the dismissal of the following as defendants to this action: (1) Sergeant J. Biggs, Correctional Officer; (2) A. Adams, (3) Chief Medical Executive; (4) Doe White, Medical Doctor; (5) San Joaquin General Hospital; (6) Doe Ko, Medical Doctor; (7) N. Malakkla, Medical Doctor; (8) D. Chanden, Supervising Registered Nurse III; (9) M. Cross, Health Care Appeal Registered Nurse; (10) R. Hewit, Health Care Records Director; (11) R. Recarey, Chief Executive Officer; (12) J. Lewis, Chief Executive Officer; (13) San Joaquin Kidney Clinic; (14) Irene Doe, Davita Inc. Technician; (15) C. Russell, Davita Inc. Record Analyst; (16) S. Davis, Davita Inc. Record Analyst; (17) Davita Healthcare, Inc.; (18) Total Renal Care, Inc.; and California Department of Corrections and Rehabilitation (CDCR).

          3.     This action shall proceed on the fourth amended complaint on Plaintiff's claims identified in the Court's July 25, 2023, service order, ECF No. 57, as cognizable.

          4.     This case is referred back to the Magistrate Judge for further pre-trial proceedings.

Dated: September 8, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE