IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMISI JERMAINE CALLOWAY,**<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**B. DUFFY, et al.,**<br><br>　　　　　　　　　　　Defendants. | Case No. 2:16-cv-02532-WBS-DMC<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR ADMINISTRATIVE RELIEF FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION FOR DEFAULT AND STAY, ECF NO. 94** |

　　Good cause appearing, Defendant Duffy, Abu, and Clark's request for an extension of time to respond to Plaintiff Jamisi Calloway's Motion for Default and Stay, ECF No. 94, is granted. Defendants shall have until January 31, 2025, to file and serve their Opposition or Statement of Non-Opposition.

　　**IT IS SO ORDERED.**


Dated:  January 16, 2025

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE