IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMISI JERMAINE CALLOWAY,** | Case No. 2:16-cv-2532-WBS-DMC-P |
| Plaintiff, | **ORDER** |
| v. | |
| **L. DONNELLY, et al.,** | |
| Defendants. | |

The Court has received Defendants' Application to Vacate Dispositive Motion Deadline. See ECF No. 121. Having considered the Application, and good cause appearing therefor, the Court rules as follows:

**IT IS HEREBY ORDERED:**

1. Defendants' Application, ECF No. 121, is GRANTED.

2. The current dispositive motion filing deadline is vacated until such time as the Court rules on other pending motions, such deadline to be re-set by separate order.

**Dated: November 14, 2025**

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE