AO 154  (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Eastern _____ **District of** _____ California

JAMISI JERMAINE CALLOWAY

Plaintiff (s),

V.

L. DONNELLY, et al.,

Defendant (s),

**CONSENT ORDER GRANTING**
**SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:**  2:16 CV02532WBSDMC

Notice is hereby given that, subject to approval by the court,  PURUSHOTTAMA B. SAGIREDDY  substitutes
(Party (s) Name)

CARLOS M. AMBRIZ _____ , State Bar No.  210130 _____ as counsel of record in
(Name of New Attorney)

place of  CARLOS M. AMBRIZ of CASSEL GINNS A PROFESSIONAL LAW CORPORATION _____ .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:  Low, McKinley & Salenko LLP

Address:  2150 River Plaza Dr., Suite 250 Sacramento, CA 95833

Telephone:  (916) 231-2400        Facsimile  (916) 231-2399

E-Mail (Optional):  CMA@lmblaw.net

I consent to the above substitution.

Date:  11/21/2025 _____

_P.B. Sagireddy_
(Signature of Party (s))

I consent to being substituted.

Date:  1/16/2026 _____

(Signature of Former Attorney (s))

I consent to the above substitution.

Date:  1/16/2026 _____

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:  12 January 2026 _____

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]