**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMISI JERMAINE CALLOWAY, | No. 2:16-CV-2532-WBS-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| L. DONNELLY, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion for reconsideration of the Magistrate Judge's order at ECF No. 106. See ECF No. 107. Plaintiff also seeks a hearing. See id.

Pursuant to Eastern District of California Local Rule 303(f), a Magistrate Judge's order shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the Court finds that it does not appear that the Magistrate Judge's ruling was clearly erroneous or contrary to law. The order at ECF No. 106 is, therefore, affirmed.

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1.  The motion for reconsideration, ECF No. 107, is denied;

2.  Plaintiff's request for a hearing, ECF No. 107, is denied;

3.  The Magistrate Judge's order at ECF No. 106 is affirmed; and

4.  No further motions for reconsideration of this order will be considered.

Dated:  February 17, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2