IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMISI JERMAINE CALLOWAY,** | Case No. 2:16-cv-2532-WBS-DMC-P |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' REQUEST TO TAKE DEPOSITION OF PLAINTIFF JAMISI JERMAINE CALLOWAY** |
| v. | |
| **B. DUFFY, et al.,** | |
| Defendants. | |

The Court, having considered Defendants' Motion, ECF No. 130, hereby orders as follows:

1.    Defendants' motion to modify the schedule to re-open discovery for the limited purpose of taking Plaintiff's deposition is GRANTED;

2.    Plaintiff Jamisi Jermaine Calloway's deposition shall take place on or before March 30, 2026.

Dated:  March 4, 2026

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1

Order (2:16-cv-02532-WBS-DMC)